# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| BENSON PAI, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE ODP CORPORATION, a Delaware Corporation; VEYER, LLC, a Delaware Limited Liability Company; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.:  3:23-cv-03279-EMC<br><br>**[PROPOSED] ORDER TO EXTEND TIME TO FILE SECOND AMENDED COMPLAINT AND RESPONSIVE PLEADING BY TWO WEEKS**<br><br>Trial date:   None Set |

# [~~PROPOSED~~] ORDER

Having reviewed the Parties' Stipulation, and for good cause shown, the Court hereby **ORDERS** as follows:

1. Plaintiff's Second Amended Complaint is due no later than November 28, 2023; and
2. Defendants' response is due no later than January 12, 2024.

**IT IS SO ORDERED**.

Dated:   11/3/2023   _____
THE HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE