United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE NORGROVE,<br>Plaintiff,<br>v.<br>ODP BUSINESS SOURCING, LLC (FORMERLY VEYER, LLC),<br>Defendant. | Case No. 26-cv-08725-JCS<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Edward M. Chen for consideration of whether the case is related to 23-cv-03279 EMC.

**IT IS SO ORDERED.**

Dated: August 22, 2026

JOSEPH C. SPERO
United States Magistrate Judge